No. 79–1953.  FREEMAN, DIRECTOR, MISSOURI DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* CHAMBLY ET AL.  C. A. 8th Cir.  Certiorari denied.  JUSTICE POWELL would grant certiorari.

No. 79–6309.  CLARK *v.* FLORIDA.  Sup. Ct. Fla.;

No. 80–5856.  BAKER *v.* GEORGIA.  Sup. Ct. Ga.; and

No. 80–5986.  GREEN *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.  Reported below: No. 79–6309, 379 So. 2d 97; No. 80–5856, 246 Ga. 259, 272 S. E. 2d 61; No. 80–5986, 246 Ga. 598, 272 S. E. 2d 475.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 80–255.  GEORGIA POWER CO. *v.* 138.30 ACRES OF LAND ET AL.  C. A. 5th Cir.  Certiorari denied.  JUSTICE WHITE, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari.

No. 80–381.  DIGILIO *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.  JUSTICE BRENNAN took no part in the consideration or decision of this petition.